IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY DEE KEYS, and<br>CRISTI LEA KEYS,<br><br>Defendants. | Case No. 23-CR-228-JFH |

### Proof of Publication

The attached declaration of publication (Exhibit A) and the notice of forfeiture action (Exhibit B) reflect publication on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 22, 2023, through January 20, 2024, as required by Fed. R. Crim. P. 32.2(b)(6)(C) and Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced by the advertisement certification report (Exhibit C).

Executed on the 20th day of February, 2024.

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA #22326
Assistant United States Attorney
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119
Telephone:  (918) 382-2700
Email: reagan.reininger@usdoj.gov

## Certificate of Service

    I hereby certify that on February 20, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                                  /s/ *Pam Kuch*
                                                  PAM KUCH, Paralegal Specialist