IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 22-CR-228-JFH |
| | ) | |
| Jerry Dee Keys and Cristi Lea Keys | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on December 22, 2023 and ending on January 20, 2024. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 24, 2024 at Tulsa, OK.

/s/ Pam Kuch
Pam Kuch
Paralegal Specialist

Exhibit A